Billy Taylor
P.O.Box 7343
Phoenix, AZ 85011
480 200 7888



# IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

Billy Taylor
Plaintiff

V.

CV 05 2193 PHX MHM

Check and Merchant Services Corporation
a.k.a. CMS Inc.
a.k.a. MCS Services, Inc
**A Delaware Corporation**
Defendant

Jury Trial Demanded

Complaint
(Fair Debt Collection
Practices Act)

### First Amended Complaint For Damages

COMES NOW plaintiff, for his complaint and alleges the following:

### Jurisdiction and Parties

1.

This action is brought under this court's Federal question jurisdiction, specifically the

Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692.

2.

Plaintiff is a resident of this District.

1

3.

Defendant is a corporation doing business or otherwise causing events to occur in this District; Defendant is liable for what is alleged hereinbelow.

## Facts

4.

On or about July 18th, 2005 Plaintiff spoke with a collector that identified herself as Dianne Evans.

5.

Ms. Evans advised Plaintiff that he owed for a returned check to NTB in the amount of 287.38 that stemmed back to the year 2001.

6.

Plaintiff advised Ms. Evan that the check was not his and there must be a mistake. He further asked Ms. Evans to validate the debt and put it in a dispute status.

7.

Ms. Evans advised Plaintiff that she wouldn't dispute the debt nor would she research the validity of the debt. She further advised Plaintiff that it was his job to research the matter. Taped conversation marked exhibit A.

8.

In addition to refusing to validate the debt, Ms, Evans threatened Mr. Taylor with criminal prosecution without even no if the debt was valid. As a matter of fact she didn't even a have copy of the alleged check. Taped conversation marked exhibit A.

9.

2

Ms.Evans unlawfully threatened plaintiff in an effort to get him to pay a debt he doesn't owe. She is not in a position as a debt collector to decide who will be prosecuted and who will not. Her statement to Plaintiff was solely to harass and deride him.

10.

The foregoing facts and actions, upon information and belief constitute a violation of the Fair Debt Collection Practices Act, 15 U.S.C 1692, including but not limited to the following:

a) False of Misleading Representations, a violation of Section 807 (15U.S.C. 1692e) (4) and (5).

As a result of the foregoing, Plaintiff has been harassed, denied peace and quietude. He has have further been caused worry and anxiety.

WHEREFORE, Plaintiff prays for judgment against defendant as follows:

a) That Plaintiff receive statutory damages that are awardable under the FDCPA.

b) That Plaintiff receive reimbursement for any cost incurred associated with filing this complaint.

c) That Plaintiff receive any and all other relief that the court may deem proper, up to and including punitive damages.

Dated this 14th day of November 2005

Respectfully Submitted,

_____
Billy Taylor, Pro Se