IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Billy Taylor,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MCS Services, Inc.<br>(Check and Merchant Services Corporation),<br><br>　　　　Defendant. | No. CV-05-2193-PHX-MHM<br><br>**ORDER** |

On December 23, 2005, the Court entered an Order denying the motion for leave to proceed in forma pauperis filed by Plaintiff pro se. (Doc. 9). This Order further stated as follows:

> Plaintiff shall have 10 days form the entry of this Order to pay the filing fee of $250.00. The Clerk of Court is directed to enter dismissal of this action without further notice if Plaintiff fails to pay the filing fee of $250.00 within 10 days of the entry of this Order.

(Doc. 9). A copy of the Court's order was mailed to Plaintiff pro se. The Court has no record indicating that Plaintiff has paid the filing fee.

**Accordingly**,

**IT IS ORDERED** vacating the hearing set for Monday, January 30, 2006;

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter dismissal of this action without prejudice for failure of the Plaintiff to pay the filing fee.

1   DATED this 26th day of January, 2006.

_____
Mary H. Murguia
United States District Judge

- 2 -