1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   Billy Taylor,                           )    No. CV-05-2193-PHX-MHM
                                            )
10             Plaintiff,                    )    **ORDER**
                                            )
11  vs.                                      )
                                            )
12                                           )
    MCS Services, Inc.                       )
13  (Check and Merchant Services             )
    Corporation),                            )
14                                           )
               Defendant.                    )
15                                           )
                                            )
16

17         On January 27, 2006, the Court entered an Order directing the Clerk of Court to enter

18  dismissal of this action without prejudice for failure of the Plaintiff to pay the filing fee.

19  (Doc. 11).  A Judgment dismissing this case was entered on January 27, 2006.  (Doc. 12).

20  On the same date as the Order and Judgment were entered, Plaintiff pro se filed a motion for

21  default judgment. (Doc. 13). Plaintiff's motion for default judgment has been rendered moot

22  by the dismissal of this case.

23         **Accordingly**, **IT IS ORDERED** that Plaintiff's motion for default judgment (Doc.

24  13) is denied as moot.

25         DATED this 11th day of September, 2006.

26

27

28  _____
                          Mary H. Murguia
                    United States District Judge